IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TARRUS H. KELLY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2139

Opinion filed September 26, 2017.

An appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

Tarrus H. Kelly, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

DISMISSED. See, e.g., Payne v. Jones, 183 So. 3d 1130 (Fla. 1st DCA 2015); Clara P. Diamond, Inc. v. Tam-Bay Realty, Inc., 462 So. 2d 1168, 1169-70 (Fla. 2d DCA 1984).

ROBERTS, KELSEY, and JAY, JJ., CONCUR.